# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ARTHUR KHAMIS, | ) | 3:17-CV-0124-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 17, 2017 |
| | ) | |
| 7-ELEVEN, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's application to proceed *in forma pauperis* was denied and he was ordered to pay the full filing fee of $400 in this case (ECF No. 5). Plaintiff paid the full filing fee on July 28, 2017 (ECF No. 6) together with a motion for reimbursement of this fee (ECF No. 7).

Plaintiff's motion for reimbursement (ECF No. 7) is **DENIED** for the reasons set forth in the order denying *in forma pauperis* status (ECF No. 5).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk