UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTHUR KHAMIS,<br><br>                              Plaintiff,<br>     v.<br>7-ELEVEN INC., *et al.,*<br><br>                            Defendants. | Case No. 3:17-cv-00124-MMD-VPC<br><br>ORDER |

The complaint in this action was filed on July 28, 2017. (ECF No. 9.) The Court issued a notice of intent to dismiss 7-Eleven Inc., Paula Quigley, Lisa Carrasco, Justine M. Demes, and Craig Olsen pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by January 3, 2018. (ECF No. 10.) To date, no proof of service has been filed as to Paula Quigley, Lisa Carrasco, Justine M. Demes, or Craig Olsen. Accordingly, it is ordered that the claims against Paula Quigley, Lisa Carrasco, Justine M. Demes, and Craig Olsen are dismissed without prejudice.

DATED THIS 28th day of February 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE